33 So.2d 270

### CITY OF GADSDEN v. ELROD.

7 Div. 936.

Supreme Court of Alabama.

Dec. 18, 1947.

Rehearing Denied Jan. 22, 1948.

Miller & Pittman, of Gadsden, for petitioner.

Roy D. McCord, of Gadsden, opposed.

STAKELY, Justice.

In denying the writ, we are passing only ·on the grounds on which certiorari is sought. No attack is here made as to the manner in which assignments of error should be made. Accordingly, we express no opinion on that part of the opinion of the Court of Appeals which deals with the methods of assignment of error. See Allison v. Sommers, 219 Ala. 33, 121 So. 42.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.